UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN HANCOCK LIFE INSURANCE
COMPANY (U.S.A),
    Plaintiff,

v.                                              Case No: 6:15-cv-317-Orl-18TBS

ALBERT F. ORR, III, ELIZABETH S.
NOBREGA, MARY MARGARET ORR
and ESTATE OF NANCY ORR,
    Defendants.

## ORDER

THIS CAUSE was referred to United States Magistrate Judge Thomas B. Smith for a report and recommendation on Plaintiff John Hancock Life Insurance Company (U.S.A.)'s Motion for Final Default Judgment as it pertains to Defendant Elizabeth S. Nobrega (Doc. 29). Judge Smith issued his Report and Recommendation on July 1, 2015 (Doc. 34). Having reviewed the Report and Recommendation (Doc. 34), and there being no objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 34) is **APPROVED** and **ADOPTED**.

2. The Court **DENIES without prejudice** Plaintiff John Hancock Life Insurance Company (U.S.A.)'s Motion for Final Default Judgment as it pertains to Defendant Elizabeth S. Nobrega (Doc. 29).

**DONE and ORDERED** in Orlando, Florida on this \_\_21\_\_ day of July, 2015.

                                                          G. KENDALL SHARP
                                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party