UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN HANCOCK LIFE INSURANCE
COMPANY (U.S.A),
    Plaintiff,

v.    Case No: 6:15-cv-317-Orl-18TBS

ALBERT F. ORR, III , ELIZABETH S.
NOBREGA, MARY MARGARET ORR
and ESTATE OF NANCY ORR,
    Defendants.

## ORDER

THIS CAUSE was referred to United States Magistrate Judge Thomas B. Smith for a report and recommendation on the Motion for Default Declaratory Judgment (Doc. 42) filed by Defendants/Cross-Plaintiffs Albert F. Orr, III, Mary Margaret Orr, and Albert F. Orr III, as Personal Representative of the Estate of Nancy C. Orr (collectively, "the Defendants/Cross-Plaintiffs") on September 15, 2015. Magistrate Judge Thomas B. Smith issued his Report and Recommendation (Doc. 43) on September 22, 2015. Having reviewed the Report and Recommendation (Doc. 43), and there being no objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 43) is **APPROVED** and **ADOPTED**.

2. The Court **DENIES** without prejudice the Defendants/Cross-Plaintiffs' Motion for Default Declaratory Judgment (Doc. 42).

**DONE and ORDERED** in Orlando, Florida on this ___7___ day of October, 2015.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party